**No. 55849.**—I. Magnin & Co., Inc. *v.* United States, protest 66119–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 55850.**—John Wanamaker, N. Y. *v.* United States, protest 163062–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 55851.**—Albert Bonnier Publishing House, Inc., et al. *v.* United States, protests 165275–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55852.**—Henry Pollak, Inc. *v.* United States, protests 166600–K and 166604–K (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55853.**—The Amscan Company et al. *v.* United States, protests 170084–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55854.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 170760–K (New York).

Opinion by RAO, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, SEPTEMBER 5, 1951

**No. 55855.**—World Sponge Market *v.* United States, protest 61303–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55856.**—Bellows & Co., Inc., et al. *v.* United States, protests 120439–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.